State v. Atkinson

No. 52

(Filed 12 April 1972)

Criminal Law § 135— life sentence — compliance with Supreme Court order
> Judgment of life imprisonment imposed by the superior court in compliance with an order of the N. C. Supreme Court is affirmed.

Justice LAKE dissenting.

APPEAL by defendant from *Clark, J.,* November 1971 Criminal Session, JOHNSTON Superior Court.

*Robert A. Spence, Attorney for defendant appellant.*

*Robert Morgan, Attorney General, Andrew A. Vanore, Jr., Deputy Attorney General, for the State of North Carolina.*

State v. Atkinson

HUSKINS, Justice.

In *State v. Atkinson*, 279 N.C. 385, 183 S.E. 2d 105, filed 7 September 1971, for the reasons therein stated, this Court remanded the cause to the Superior Court of Johnston County for the pronouncement of a life sentence pursuant to the mandate of the Supreme Court of the United States. On 29 November 1971, in open court, after due notice and in the presence of defendant and his counsel, Judge Clark pronounced judgment that defendant be imprisoned in the State prison for and during the term of his natural life, said sentence to commence upon the termination of a life sentence imposed at the November Session 1971 of the Superior Court of Wayne County on the charge of murder. Defendant excepted and gave notice of appeal.

The questions defendant attempts to raise on the present appeal heretofore have been decided adversely to him, and we decline to explore them again. Judge Clark's judgment, having been entered in compliance with our decision of 7 September 1971, is

Affirmed.

Justice LAKE dissenting.

I dissent for the reasons previously stated in my dissenting opinions in *State v. Hill*, 279 N.C. 371, 378, 183 S.E. 2d 97, and in the present case when heretofore remanded by this Court for the entry of the judgment now affirmed. *State v. Atkinson*, 279 N.C. 385, 183 S.E. 2d 105.